**Honorable John H. Chun**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTA WALDRIP, | Case No. 3:21-cv-05602-JHC |
| Plaintiff, | ORDER GRANTING STIPULATION FOR ORDER EXTENDING DEADLINE TO FILE PROPOSED JUDGMENT |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Defendant. | |

This matter came before the Court upon the Stipulation for Order Extending Deadline to File Proposed Judgment. Having considered the matter presented,

IT IS HEREBY ORDERED that the extension is granted and a proposed form of judgment shall be filed by May 24, 2023.

IT IS SO ORDERED.

Dated this 8th day of May, 2023.

_____
Honorable John H. Chun
United States District Judge

Presented by:

 /s/ Robert B. Miller
Robert B. Miller, WSBA # 30292
rbmillerconsulting@gmail.com
Attorneys for Defendant
Reliance Standard Life Insurance Company

Page 1 –   ORDER GRANTING STIPULATION FOR ORDER
                 EXTENDING DEADLINE TO FILE PROPOSED JUDGMENT
Case No. 3:21-cv-05602-JHC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER EXTENDING DEADLINE TO FILE PROPOSED JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher E. Roy
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR  97205
chris@roylawgroup.com

Attorneys for Plaintiff

        */s/ Robert B. Miller*
Robert B. Miller, WSBA # 30292
rbmillerconsulting@gmail.com
Attorneys for Defendant
Reliance Standard life Insurance Company

M:\10036\0016\Pleadings\Proposed Order re Stip MOET file proposed judgment 2023-0508.docx

Page 1 –   CERTIFICATE OF SERVICE
Case No. ***

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290