Hon. John H. Chun

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

CHRISTA WALDRIP,

        Plaintiff,

v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

        Defendant.

No. 3:21–cv–05602–JHC

**Stipulated** [Proposed] Judgment

This action came to consideration before the court and the issues have been considered and a decision rendered.

THE COURT HAS ORDERED THAT

Plaintiff is entitled to judgment on her claim for denial of benefits under 29 U.S.C. § 1132(a)(1)(B);

Defendant shall immediately reinstate Plaintiff's benefits and pay her all gross unpaid benefits from January 22, 2021 through April 22, 2023, which

[Proposed] Judgment
No. 3:21–cv–05602–JHC

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1

equals $73,441.89, minus an overpayment of $44,041.02 due to social security disability insurance benefits subsequently awarded after the date of Defendant's claim denial, plus interest of $3,991.68, for a total amount of $33,392.55.

The gross benefit amount is currently $2,720.07 after factoring in an allowable offset for social security disability insurance benefits of $2,331.00.

Defendant will further pay Plaintiff $60,000.00 in attorney fees and $402.00 in costs.

This judgment amount shall be paid within thirty days from entry of judgment;

This judgement's pre and post judgement rate of interest is 4.6% pursuant to 28 U.S.C. § 1961.

Respectfully submitted this 18th day of May 2023.

ROY LAW GROUP

*s/ Chris Roy*
Chris Roy, WSBA 29070
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com

*Attorneys for Plaintiff*

KILMER, VOORHEES & LAURICK, P.C.

/s/ Robert B. Miller
Robert B. Miller, WSBA # 30292
rbmillerconsulting@gmail.com
Substituting Attorneys for
Defendant Reliance Standard Life
Insurance Company
*Attorneys for Defendant*

[Proposed] Judgment
No. 3:21–cv–05602–JHC

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 2

## <u>**CERTIFICATE OF SERVICE**</u>

I certify that on the date below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 18th day of May 2023.

_s/ Chris Roy_
Chris Roy, WSBA 29070
Roy Law Group
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503-206-4313
FAX: 855-344-1726
chris@roylawgroup.com

[Proposed] Judgment
No. 3:21–cv–05602–JHC

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 3