Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTA WALDRIP,

          Plaintiff,

    v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

          Defendant.

Case No. 3:21–cv–05602- JHC

SATISFACTION OF JUDGMENT

Judgment was rendered in favor of Plaintiff and against Defendant in the above-entitled action on the 18th day of May 2023 (Dkt. #37)("Judgment").

The amounts specified in the Judgment have been paid and satisfied, and Plaintiff acknowledges satisfaction of her cause of action for past due long-term disability benefits, pre-judgment interest, costs, and fees, and desires to release the Judgment and hereby fully and completely satisfy the same.

Satisfaction of Judgment
No. 3:21–cv–05602–JHC

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

WHEREFORE, with the Judgment having been fully satisfied, this matter may be dismissed with prejudice.

Respectfully submitted this 10th day of July, 2023.

ROY LAW GROUP

*s/ Chris Roy*
Chris Roy, WSBA 29070
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com
Attorneys for Plaintiff

Satisfaction of Judgment
No. 3:21–cv–05602–JHC

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 2

# CERTIFICATE OF SERVICE

I certify that on the date identified below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 10th day of July, 2023.

ROY LAW GROUP

_s/ Chris Roy_
Chris Roy, WSBA 29070
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com
Attorneys for Plaintiff
chris@roylawgroup.com

Satisfaction of Judgment
No. 3:21–cv–05602–JHC

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com